The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>MOEUN YOEUN,<br><br>              Defendant. | CASE NO.  CR19-5148BHS<br><br>ORDER |

      THIS COURT having considered the Joint Status Report and Stipulation to Continue Trial Date of the United States and Defendant Moeun Yoeun for a continuance of the trial date, and based on the facts set forth therein, and General Orders 01-20 and 08-20 of the United States District Court for the Western District of Washington re Extension of Court Operations Under the Exigent Circumstances Created by COVID-19 and Related Coronavirus, addressing measures to reduce the spread and health risks from COVID-19, which is incorporated herein by reference, the Court hereby FINDS that trial in this case cannot currently proceed.  For the reasons detailed in the parties' Stipulation, and given the findings of General Order 08-20, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

      18 U.S.C. §§ 3161(h)(7)(A), (B)(i), (iv).

Order Continuing Trial
*United States v. Yoeun,* CR19-5148BHS - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

IT IS THEREFORE ORDERED that the parties' request to continue the trial date is GRANTED.

Trial in this matter is SCHEDULED for February 9, 2021; pretrial motions are due by December 31, 2020; Pretrial Conference is set for February 1, 2021 at 1:30 p.m.

IT IS FURTHER ORDERED that the time between the date of the filing of the parties' stipulated request to continue trial and the new trial date is excluded in computing the time within which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendant and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id.* § 3161(h)(7)(B)(i), (iv).

Dated this 18th day of August, 2020.

BENJAMIN H. SETTLE
United States District Judge

Presented by,

*s/Matthew P. Hampton*  
MATTHEW P. HAMPTON  
GRADY J. LEUPOLD  
Assistant United States Attorneys

*s/Miriam Schwartz*  
MIRIAM SCHWARTZ  
Attorney for Defendant Moeun Yoeun

Order Continuing Trial
*United States v. Yoeun,* CR19-5148BHS - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800